# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 08-5038** | **September Term 2007** |
| | 08cv00053 |
| | Filed On: April 9, 2008 [1110131] |

Jaime Luevano,

    Appellant

    v.

George W. Bush, United States President
of America, et al.,

    Appellees

## O R D E R

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on March 28, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                  BY:   /s/
                                              Elizabeth V. Scott
                                              Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis